■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JORGE LOPEZ, Appellant. [708 NYS2d 299] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (McGann, J.), rendered December 15, 1997, convicting him of criminal sale of a controlled substance in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant has failed to provide a sufficient record with respect to his claim that he was deprived of his right to a speedy trial (*see, People v Hannigan,* 193 AD2d 8; *People v Olivo,* 52 NY2d 309).

There was probable cause to arrest the defendant (*see,* CPL 140.10; *People v Amoateng,* 141 AD2d 398).

The sentence imposed was not excessive (*see, People v Broadie,* 37 NY2d 100; *People v Suitte,* 90 AD2d 80). Bracken, J. P., Ritter, Krausman and Smith, JJ., concur.